FILED IN OPEN COURT
U.S.D.C   Atlanta

**ORIGINAL**

JUN 1 0 2014

JAMES N. HATTEN, Clerk
By: ~~signature~~
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MICHAEL A. YEDOR
AND
PAUL ANDERSON

CRIMINAL INDICTMENT

No. 1: 14-CR-216

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Count One**
Conspiracy to Commit Mail Fraud
(18 U.S.C. § 1349)

1.  From an unknown date, but at least by in or about 2004, through in or about December 2013, the exact dates being unknown to the Grand Jury, in the Northern District of Georgia and elsewhere, Defendants MICHAEL A. YEDOR and PAUL ANDERSON did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other, to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, and, in so doing, did knowingly cause checks to be delivered by the U.S. Postal Service and other interstate carriers for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1341.

1

## Background

2.   Northwest Airlines Corporation ("Northwest") was a United States airline headquartered in Eagen, Minnesota. In or about October 2008, Northwest was purchased by Delta Air Lines, Inc. ("Delta"). The two airlines merged into a single company on or about December 31, 2009.

3.   Delta is a United States airline headquartered in Atlanta, Georgia, within the Northern District of Georgia. Delta operates thousands of flights every day both internationally and domestically. In or about October 2008, after purchasing Northwest, Delta became one of the largest airlines in the world.

4.   Defendant PAUL ANDERSON is an individual residing in Apple Valley, Minnesota. ANDERSON was employed with Northwest in its Minneapolis, Minnesota office, from 1979 until Northwest merged with Delta. From approximately 1986 until Northwest was purchased by Delta, ANDERSON worked as the supervisor of the communications group, which installed, maintained and upgraded all of the radio communications for Northwest's control and crisis centers. Following the merger, ANDERSON became an employee of Delta, and remained in the Minneapolis, Minnesota office as the supervisor of the communications group.

5.   North Communications Group, Inc. is a Minnesota corporation formed in Bloomington, Minnesota by ANDERSON. ANDERSON is the sole member of North Communications Group.

6.   Defendant MICHAEL A. YEDOR is an individual residing in Los Angeles, California.

2

7.   Mercury Holdings, Inc. is a California corporation formed in Beverly Hills, California by YEDOR.

8.   In furtherance and throughout the course of the conspiracy, YEDOR used the company name Airborne Voice and Data Communication Services, Inc., and several variations of that name.  (Hereafter, these purported companies will collectively be referred to as "Airborne").

Manner and Means

It was part of the conspiracy and scheme and artifice to defraud that:

9.   On a date unknown, but no later than 2004, YEDOR and ANDERSON devised a scheme to defraud Northwest and to obtain the money and property of Northwest by submitting false and fraudulent invoices requesting payment from Northwest for goods and services purportedly provided by Airborne, when in fact, as both ANDERSON and YEDOR knew, Airborne was not providing any goods or services to Northwest.

10.  Following the merger of Northwest and Delta, YEDOR and ANDERSON agreed to continue the scheme to defraud by submitting false and fraudulent invoices requesting payment from Delta for goods and services purportedly provided by Airborne, when in fact Airborne was not providing any goods or services.

11.  During the period of the conspiracy, YEDOR created numerous fraudulent invoices under the business name Airborne Voice and Data Communication Services, Inc., which he submitted to ANDERSON in ANDERSON'S capacity as an employee of the airlines.  The invoices sought

3

payment from and charged the airlines for goods and services purportedly provided by Airborne.

12. Upon receipt of the false invoices, ANDERSON approved the invoices, falsely indicating to Northwest or Delta that the goods or services had, in fact, been received. Following Anderson's approval, the invoices were submitted to the accounting departments of the airlines for processing and payment.

13. Upon receipt of the fraudulent invoices approved by ANDERSON, Northwest issued a check for payment for each invoice to Airborne. The checks were mailed to Airborne's address in Los Angeles, California. Beginning in 2010, after the merger with Northwest, and upon receipt of the fraudulent invoices approved by ANDERSON, Delta issued a check for payment for each invoice to Airborne. The checks were mailed from Delta, in Atlanta, Georgia, to Airborne's address in Los Angeles, California. The checks were deposited in an account at Bank of the West in the name of Mercury Holdings, Inc., d/b/a Airborne Voice and Data , account number xxxxx4517.

14. A portion of the funds fraudulently obtained from the airlines, which represented the proceeds of the fraud, were routinely transferred or "kicked-back" to ANDERSON by YEDOR soon after YEDOR received the payments from the airlines.

15. As a result of the conspiracy and scheme to defraud as set forth above, YEDOR and ANDERSON caused Northwest and Delta to issue approximately $22 million in payments from 2004 through 2013 to Airborne on the basis of false and fraudulent invoices.

4

All in violation of Title 18, United States Code, Section 1349.

**Counts Two through Ninety-Seven**
Mail Fraud
(18 U.S.C. § 1341)

16. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in Paragraphs 2 through 15 of this Indictment as if fully set forth herein.

17. From an unknown date, but at least by in or about 2004, through in or about December 2013, the exact dates being unknown to the Grand Jury, in the Northern District of Georgia and elsewhere, the Defendants MICHAEL A. YEDOR and PAUL ANDERSON, aided and abetted by each other, did knowingly devise and intend to devise a scheme and artifice to defraud Northwest and Delta, and to obtain money and property from Northwest and Delta by means of materially false and fraudulent pretenses and representations, and by omission of material facts.

**Execution of the Scheme**

18. On or about the dates set forth below in Column B, in the Northern District of Georgia and elsewhere, defendants MICHAEL A. YEDOR and PAUL ANDERSON, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property of Delta in the amounts listed below in Column C, by means of materially false and fraudulent pretenses and representations, and by omission of material facts, did knowingly cause to be delivered by the U.S. Postal Service

5

and other interstate carriers the Delta checks detailed below in Column D, which
were then deposited into Bank of the West account number xxxxx4517:

| Column A | Column B | Column C | Column D |
| --- | --- | --- | --- |
| Count | Date of Check (on or about) | Amount of Funds | Check Number |
| 2 | 1/25/2010 | $60,716 | 000000563 |
| 3 | 2/4/2010 | $204,024.00 | 700051369 |
| 4 | 3/4/2010 | $172,090.00 | 700054176 |
| 5 | 3/25/2010 | $82,433.00 | 700056131 |
| 6 | 4/8/2010 | $108,605.00 | 700057991 |
| 7 | 4/28/2010 | $166,203.75 | 700060245 |
| 8 | 5/13/2010 | $30,730.00 | 700061677 |
| 9 | 5/20/2010 | $70,387.50 | 700062322 |
| 10 | 5/26/2010 | $65,840.00 | 700063332 |
| 11 | 6/18/2010 | $27,305.00 | 700065204 |
| 12 | 6/24/2010 | $111,955.00 | 700065880 |
| 13 | 6/28/2010 | $11,310.00 | 700066793 |
| 14 | 7/22/2010 | $79,249.60 | 700068951 |
| 15 | 7/28/2010 | $85,099.00 | 700070049 |
| 16 | 8/5/2010 | $68,551.00 | 700070574 |
| 17 | 8/12/2010 | $43,401.70 | 700071187 |
| 18 | 8/19/2010 | $79,068.00 | 700072003 |
| 19 | 8/30/2010 | $17,226.00 | 700073229 |
| 20 | 9/2/2010 | $11,904.00 | 700073713 |
| 21 | 9/10/2010 | $125,416.00 | 700074292 |
| 22 | 9/16/2010 | $20,778.25 | 700075038 |
| 23 | 10/7/2010 | $116,887.50 | 700077164 |
| 24 | 10/21/2010 | $86,343.30 | 700078557 |
| 25 | 10/28/2010 | $24,855.00 | 700079666 |
| 26 | 11/4/2010 | $41,023.95 | 700080198 |
| 27 | 11/11/2010 | $24,011.00 | 700080797 |
| 28 | 11/19/2010 | $120,176.80 | 700081635 |
| 29 | 11/29/2010 | $47,639.00 | 700082815 |
| 30 | 12/2/2010 | $47,594.00 | 700083313 |

| 31 | 12/16/2010 | $111,859.40 | 700084754 |
|----|------------|-------------|-----------|
| 32 | 1/6/2011 | $87,372.00 | 700087204 |
| 33 | 1/20/2011 | $105,008.00 | 700088593 |
| 34 | 1/27/2011 | $67,205.00 | 700089757 |
| 35 | 2/3/2011 | $101,377.90 | 700090310 |
| 36 | 2/18/2011 | $90,248.50 | 700091646 |
| 37 | 2/25/2011 | $52,835.00 | 700092782 |
| 38 | 3/11/2011 | $43,978.25 | 700093948 |
| 39 | 3/18/2011 | $85,058.00 | 700094732 |
| 40 | 3/25/2011 | $23,260.00 | 700095598 |
| 41 | 4/8/2011 | $89,942.55 | 700097424 |
| 42 | 4/15/2011 | $95,279.00 | 700098227 |
| 43 | 4/29/2011 | $19,850.00 | 700100290 |
| 44 | 5/6/2011 | $115,483.20 | 700100758 |
| 45 | 5/13/2011 | $8,850.00 | 700101398 |
| 46 | 5/20/2011 | $162,517.50 | 700102207 |
| 47 | 6/10/2011 | $18,040.00 | 700104561 |
| 48 | 6/17/2011 | $225,241.75 | 700105289 |
| 49 | 7/14/2011 | $159,922.50 | 700108076 |
| 50 | 7/27/2011 | $42,200.00 | 700109888 |
| 51 | 8/11/2011 | $159,077.60 | 700111058 |
| 52 | 9/8/2011 | $155,365.45 | 700114178 |
| 53 | 10/7/2011 | $155,001.31 | 700116905 |
| 54 | 11/9/2011 | $155,959.00 | 700120325 |
| 55 | 11/28/2011 | $147,118.91 | 700122658 |
| 56 | 12/15/2011 | $26,545.96 | 700124375 |
| 57 | 1/5/2012 | $160,056.95 | 700126699 |
| 58 | 2/2/2012 | $48,393.75 | 700129800 |
| 59 | 2/7/2012 | $83,262.45 | 700130315 |
| 60 | 2/9/2012 | $41,895.00 | 700130477 |
| 61 | 2/28/2012 | $34,660.00 | 700132201 |
| 62 | 3/8/2012 | $159,716.10 | 700133312 |
| 63 | 3/15/2012 | $44,535.00 | 700133976 |
| 64 | 4/4/2012 | $159,131.41 | 700136221 |
| 65 | 4/26/2012 | $24,948.00 | 700138623 |
| 66 | 5/3/2012 | $162,584.90 | 700139186 |

| 67 | 5/17/2012 | $29,094.00 | 700140563 |
|----|-----------|------------|-----------|
| 68 | 6/7/2012 | $169,800.15 | 700142870 |
| 69 | 6/27/2012 | $34,552.00 | 700145345 |
| 70 | 7/5/2012 | $159,451.30 | 700145929 |
| 71 | 8/9/2012 | $173,367.75 | 700149454 |
| 72 | 8/29/2012 | $20,333.00 | 700151855 |
| 73 | 9/6/2012 | $155,170.00 | 700152477 |
| 74 | 9/27/2012 | $23,220.00 | 700154931 |
| 75 | 10/4/2012 | $181,890.50 | 700155493 |
| 76 | 11/8/2012 | $182,617.55 | 700159123 |
| 77 | 11/29/2012 | $47,120.00 | 700161864 |
| 78 | 12/6/2012 | $126,330.00 | 700162284 |
| 79 | 12/20/2012 | $63,820.00 | 700163598 |
| 80 | 12/27/2012 | $59,798.00 | 700164688 |
| 81 | 1/10/2013 | $228,395.45 | 700165764 |
| 82 | 2/7/2013 | $191,097.75 | 700168701 |
| 83 | 2/21/2013 | $49,209.40 | 700170000 |
| 84 | 3/7/2013 | $161,930.95 | 700171660 |
| 85 | 3/22/2013 | $45,936.50 | 700172962 |
| 86 | 4/4/2013 | $202,996.90 | 700174488 |
| 87 | 5/9/2013 | $217,193.10 | 700178047 |
| 88 | 6/6/2013 | $168,944.20 | 700180879 |
| 89 | 7/4/2013 | $186,885.00 | 700183369 |
| 90 | 8/8/2013 | $179,006.00 | 700186856 |
| 91 | 9/5/2013 | $210,026.80 | 700189719 |
| 92 | 10/3/2013 | $178,647.50 | 700192504 |
| 93 | 10/10/2013 | $42,994.00 | 700193008 |
| 94 | 11/7/2013 | $146,607.40 | 700195919 |
| 95 | 11/14/2013 | $22,200.00 | 700196588 |
| 96 | 12/5/2013 | $180,350.00 | 700198762 |
| 97 | 12/19/2013 | $62,642.00 | 700199942 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

**Forfeiture Provision**

19.    Upon conviction of one or more offenses alleged in this Indictment,
defendant MICHAEL A. YEDOR and PAUL ANDERSON shall forfeit to the
United States any property, real or personal, which constitutes or is derived from
gross proceeds traceable to such violations, pursuant to Title 18, United States
Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c),
including but not limited to the following:

(a) A money judgment representing the amount of proceeds obtained,
directly and indirectly, as a result of said offenses;

(b) The real property located at 1035 Stradella Road, Los Angeles, CA
90077, all buildings and appurtenances thereto, all rents and lease payments
traceable thereto, and all furnishings and fixtures therein and thereon;

(c) The 71.9 foot yacht *Karibella*, assigned United States Department of
Homeland Security Official Number 1179901 and IMO number
OSH72012K405;

(d) All right, title and interest of the Defendants in Mercury Holding
Group, California LLC; Mercury Holding Group, Inc., doing business as
Airborne Voice & Data Communication;  North Communications Group, Inc.;
M.A. Yedor Trust;  K & M Trust; King's Road Entertainment, Inc.;  Kings'
Road Productions, Inc.;  Blade Post, LLC;  and Cortez Bay, LLC; and

(e) All assets acquired between January 1, 2004, and the date of this
Indictment in the names of K.E.Y.; Mercury Holding Group, California LLC;
Mercury Holding Group, Inc., doing business as Airborne Voice & Data

9

Communication; and North Communications Group, Inc.; including but not limited to all assets acquired using bank, credit, money market, and other financial accounts issued to said persons or entities, including but not limited to the items listed in Attachment A hereto.

20.     If, as a result of any act or omission of the defendant, any property subject to forfeiture:

Cannot be located upon the exercise of due diligence;

Has been transferred or sold to, or deposited with, a third person;

Has been placed beyond the jurisdiction of the Court;

Has been substantially diminished in value; or

Has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A _____ True _____ BILL

FOREPERSON

SALLY QUILLIAN YATES
 *United States Attorney*

GLENN D. BAKER
 *Assistant United States Attorney*
Georgia Bar No. 033450

JAMIE L. MICKELSON
 *Assistant United States Attorney*
Georgia Bar No. 591094

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

11

# ATTACHMENT A TO INDICTMENT
## UNITED STATES v. MICHAEL A. YEDOR & PAUL ANDERSON

| Date | Merchant/Payee | Amount (dollars) | Bates No. |
|---|---|---|---|
| 06/19/2007 | Cartier #80,  Beverly Hills, CA | 29,528.44 | AX002864 |
| 09/01/2007 | Cartier #80, Beverly Hills, CA | 37,072.38 | AX002893 |
| 02/15/2008 | Cartier #80, Beverly Hills, CA | 3,897.00 | AX002980 |
| 04/25/2008 | Cartier 3021, Beverly Hills, CA | 2,435.63 | AX003017 |
| 08/28/2008 | Cartier 3021, Beverly Hills, CA | 1,569.63 | AX003073 |
| 12/23/2008 | Cartier 3021 Beverly Hills, CA | 11,191.20 | AX003132 |
| 01/28/2009 | Cartier 0321, Beverly Hills, | 4,167.63 | AX003146 |
| 11/21/2009 | Cartier 3021 Beverly Hills | 9,383.62 | AX003296 |
| | | | |
| 06/05/2007 | Steven & Co Jewelers Beverly Hills, CA | 5,000.00 | AX002851 |
| 02/13/2008 | Steven & Co Jewelers, Beverly Hills, CA | 30,066.44 | AX002986 |
| 12/22/2008 | Steven & Co Jeweler, Beverly Hills CA | 15,260.00 | AX003132 |
| 05/08/2009 | Steven & Co Jewelers Beverly Hills | 1,966.50 | AX003192 |
| 02/11/2010 | Steven & Co Jewelry, Beverly Hills | 18,108.79 | AX003338 |
| 02/11/2010 | Steven & Co Jewelry, Beverly Hills | 3,292.50 | AX003338 |
| 10/04/2012 | Steven & Co Jewelers, Beverly Hills CA | 690.00 | AX004520 |
| 10/05/2012 | Steven & Co Jewelers, Beverly Hills CA | 15,551.25 | AX004520 |
| 10/18/2013 | Steven & Co Jewelers, Beverly Hills CA | 5,995.00 | AX004678 |
| | | | |
| 05/04/2007 | Pepi Beverly Hills P Los Angeles, GA | 7,695.00 | AX002832 |
| 12/22/2007 | Pepi, Beverly Hills, Los Angeles, CA | 19,860.00 | AX002954 |
| 03/01/2008 | Pepi, Beverly Hills, Los Angeles, CA | 6,230.00 | AX002989 |
| 03/06/2008 | Pepi, Beverly Hills, P Los Angeles, CA | 10,330.00 | AX002991 |
| 03/07/2008 | Pepi, Beverly Hills, P Los Angeles, CA | 2,500.00 | AX002991 |
| | | | |
| 05/21/2007 | Chanel #2 Beverly Hills | 1,547.98 | AX002845 |
| 06/27/2008 | Chanel #2, Beverly Hills | 542.33 | AX003045 |
| 06/27/2008 | Chanel #2, Beverly Hills | 8,248.65 | AX003045 |
| 03/01/2010 | Chanel #2 Beverly Hills | 6,831.94 | AS003351 |
| 04/01/2010 | Chanel #2 Beverly Hills | 43,17565 | AX003366 |
| 04/02/2010 | Chanel #2 Beverly Hills | 982.26 | AX003366 |
| | | | |
| 12/21/2007 | XIV Karats, Beverly Hills, CA | 1,948.50 | AX002948 |
| 09/16/2008 | XIV Karats, Beverly Hills, CA | 1,791.54 | AX003082 |
| 11/20/2009 | XIV Karats, Beverly Hills | 811.06 | AX003296 |
| 11/20/2009 | XIV Karats, Beverly Hills | 4,938.75 | AX003296 |
| 11/23/2009 | XIV Karats Beverly Hills, | 1,618.82 | AX003292 |
| 12/27/2010 | XIV Karats Beverly Hills CA | 2,304.75 | JP0000094 |
| | | | |

1

| 12/21/2012 | Phillipe's | 24,468.75 | AXS004542 |
| 12/21/2012 | Phillipe's | 7,068.80 | AXS004542 |
| | | | |
| 03/26/2007 | Gucci #35, Beverly Hills, CA | 3,880.75 | AX002815 |
| 03/04/2008 | Gucci, Beverly Hills, CA | 706.56 | AX002991 |
| 03/04/2008 | Gucci, Beverly Hills, CA | 503.36 | AX002991 |
| 03/04/2008 | Gucci, Beverly Hills, CA | 3,420.70 | AX002991 |
| 03/04/2008 | Gucci | 1,504.68 | AX002983 |
| 03/05/2008 | Gucci #52, Los Angeles, CA | 502.26 | AX002983 |
| | | | |
| 03/15/2008 | Louis Vuitton HK Limited, Hong Kong | 2,411.50 | AX003004 |
| 05/10/2008 | Louis Vuitton #36 | 2,413,98 | AX003019 |
| 11/17/2009 | Louis Vuitton Naticknatic | 1,694.69 | AX003292 |
| | | | |
| 11/24/2008 | Hermes #30, Beverly Hills, CA | 9,688.38 | AX003112 |
| 03/26/2009 | Hermes #30, Beverly Hills | 6,707.38 | AX003174 |
| 06/27/2009 | Hermes, Paris | 2,700.06 | AX003227 |
| 02/18/2010 | Hermes #30, Beverly Hills | 1,712.10 | AX003336 |
| 02/23/2010 | Hermes #80, Beverly Hills | 3,057.64 | AX003350 |
| 05/14/2013 | Hermes #30, Beverly Hills, CA | 1,400.65 | AX004590 |
| | | | |
| 02/13/2007 | Neiman-Marcus#10, Beverly Hills, CA | 6,224.38 | AX002799 |
| 12/18/2007 | Neiman-Marcus #10, Beverly Hills, CA | 669.47 | AX002954 |
| 12/19/2007 | Neiman Marcus 80, NE Irving TX | 243.56 | AX002954 |
| 12/19/2007 | Neiman Marcus 80, NE Irving TX | 595.38 | AX002954 |
| 12/19/2007 | Neiman Marcus 80, NE Irving TX | 2,051.34 | AX002954 |
| 12/19/2007 | Neiman Marcus 80, NE Irving TX | 2,051.34 | AX002954 |
| 12/19/2007 | Neiman Marcus 80, NE Irving TX | 595.38 | AX002954 |
| 03/01/2008 | Neiman-Marcus #10, Beverly Hills, CA | 9,991.48 | AX002990 |
| 03/04/2008 | Neiman-Marcus #10, Beverly Hills, CA | 1,943.09 | AX002990 |
| 03/04/2008 | Neiman-Marcus #10, Beverly Hills, CA | 3,242.09 | AX002991 |
| 10/08/2008 | Neiman-Marcus #20, Boston, MA | 2,047.50 | AX003085 |
| 12/18/2009 | Neiman-Marcus 10, Beverly Hills | 4,433.90 | AX003313 |
| | | | |
| 06/11/2009 | Saks Fifth Avenue, New York | 872.47 | AX003223 |
| 06/11/2009 | Saks Fifth Avenue, New York | 2,511.16 | AX003223 |
| 06/11/2009 | Saks Fifth Avenue, New York | 1441.39 | AX003223 |
| | | | |
| 08/05/2008 | YSL #14, Beverly Hills, Beverly Hills CA | 752.34 | AX003055 |
| 08/07/2008 | YSL #14, Beverly Hills, Beverly Hills CA | 2,159.59 | AX003055 |
| 06/28/2009 | Ste Old Bon Street, YSL Boutique, Paris | 3,768.83 | AX003227 |
| | | | |
| 03/15/2008 | The Great Room | 12,794.00 | AX003004 |
| 05/02/2008 | The Great Room, Los Angeles, CA | 37,600.00 | AX003018 |
| 06/02/2008 | The Great Room, Los Angeles, CA | 12,794.00 | AX003032 |

| | | | |
|---|---|---|---|
| 08/25/2008 | The Great Room, Los Angeles, CA | 5,468.79 | AX003073 |
| 09/17/2008 | The Great Room, Los Angeles, CA | 1,619.19 | AX003086 |
| | | | |
| 12/05/2007 | U.S. Mint, Landham, MD | 514.90 | AX002938 |
| 01/23/2008 | U.S. Mint, Landham, MD | 529.95 | AX002970 |
| 01/23/2008 | U.S. Mint, Landham, MD | 1,954.90 | AX002970 |
| | | | |
| 05/02/2008 | The Collection, Los Angeles, CA | 5,000.00 | AX003018 |
| 05/02/2008 | The Collection, Los Angeles, CA | 2,927.15 | AX003018 |
| | | | |
| 05/02/2008 | Dan Marty Design#3, Hollywood, CA | 10,040.65 | AX003018 |
| 06/03/2008 | Dan Marty Design #3, Hollywood, CA | 11,306.17 | AX003033 |
| | | | |
| 04/10/2009 | Dagmar, Inc, West Hollywood | 3,539.70 | AX003175 |
| 04/17/2009 | Dagmar, Inc, West Hollywood | 5,345.00 | AX003186 |
| 05/14/2009 | Dagmar, Inc, West Hollywood | 6,292.20 | AX003201 |
| | | | |
| 04/20/2009 | Ralph's Interiors 12, Los Angeles | 5,000.00 | AX003186 |
| 05/30/2013 | Ralph's Interiors, Los Angeles CA | 4,002.83 | AX004595 |
| 05/30/2013 | Ralph's Interiors, Los Angeles CA | 10,000.00 | AX004624 |
| 08/26/2013 | Ralph's Interiors, Los Angeles CA | 20,000.00 | AX004629 |
| | | | |
| 10/21/2008 | J.Y. | 10,000.00 | BW003408 |
| 11/10/2008 | J.Y. | 30,000.00 | BW003408 |
| 02/12/2009 | J.Y. | 10,000.00 | BW003408 |
| 09/22/2009 | J.Y. | 18,300.00 | BW003413 |
| 03/10/2010 | J.Y. | 6,285.33 | BW002158 |
| 04/05/2010 | J.Y. | 6,285.33 | BW002158 |
| 05/06/2010 | J.Y. | 6,385.33 | BW000860 |
| 07/07/2010 | J.Y. | 6,385.00 | BW000861 |
| 08/04/2010 | J.Y. | 6,385.33 | BW000861 |
| 09/08/2010 | J.Y. | 6,385.33 | BW000861 |
| 10/06/2010 | J.Y. | 6,385.33 | BW000862 |
| 12/06/2010 | J.Y. | 6,385.33 | BW000862 |
| 02/09/2011 | J.Y. | 6,385.33 | BW000863 |
| 04/06/2011 | J.Y. | 6,385.33 | BW000863 |
| 05/06/2011 | J.Y. | 6,385.33 | BW000863 |
| 06/02/2011 | J.Y. | 6,385.33 | BW000864 |
| 07/25/2011 | J.Y. | 6,385.33 | BW000864 |
| 08/03/2011 | J.Y. | 6,385.33 | BW000864 |
| 11/12/2010 | J.Y. | 6,385.33 | BW002169 |
| 12/07/2011 | J.Y. | 6,385.33 | BW002186 |
| 01/04/2012 | J.Y. | 6,385.33 | BW002187 |
| 03/08/2012 | J.Y. | 6,385.33 | BW002187 |
| 04/13/2012 | J.Y. | 6,385.33 | BW002187 |

3

| | | | |
|---|---|---|---|
| 02/08/2012 | J.Y. | 6,385.33 | BW002187 |
| 06/13/2012 | J.Y. | 6,385.33 | BW002188 |
| 07/12/2012 | J.Y. | 6,385.33 | BW002188 |
| 08/15/2012 | J.Y. | 6,385.33 | BW002188 |
| | | | |
| 10/10/2008 | B.Y. | 6,321.33 | BW003120 |
| 11/09/2009 | B.Y. | 5,000.00 | BW003313 |
| 05/07/2012 | B.Y. | 7,000.00 | BW003275 |
| 06/08/2009 | B.Y. | 5,000.00 | BW003412 |
| 08/07/2009 | B.Y. | 5,000.00 | BW003413 |
| 06/01/2010 | B.Y. | 10,000.00 | BW003288 |
| 04/21/2012 | B.Y. | 5,000.00 | BW003607 |
| 05/07/2012 | B.Y. | 5,000.00 | BW003585 |
| 11/19/2012 | B.Y. | 5,000.00 | BW003478 |
| 10/03/2013 | B.Y. | 9,000.00 | BW000871 |
| | | | |
| 07/09/2009 | C.Y., son of MICHAEL A. YEDOR | 15,100.00 | BW003412 |
| 01/13/2011 | Keyes Audi, memo "C.Y." | 5,000.00 | BW003607 |
| 11/19/2012 | C.Y., son of MICHAEL A. YEDOR | 5,000.00 | BW003478 |
| | | | |
| 08/28/2012 | C.Y, father of MICHAEL A. YEDOR | 20,000.00 | BW003603 |
| 10/22/2012 | C.Y, father of MICHAEL A. YEDOR | 20,000.00 | BW003436 |
| 11/14/2012 | C.Y, father of MICHAEL A. YEDOR | 20,000.00 | BW003447 |
| 01/23/2013 | C.Y, father of MICHAEL A. YEDOR | 20,000.00 | BW003253 |
| 03/20/2013 | C.Y, father of MICHAEL A. YEDOR | 20,000.00 | BW003253 |
| | | | |
| 03/10/2010 | Kings Road Entertainment | 14,200.00 | BW003577 |
| 03/07/2011 | King's Road Entertainment | 8,000.00 | BW003546 |
| 08/10/2011 | Kings Road Entertainment | 35,200.00 | BW003597 |
| 12/12/2011 | Kings Road Entertainment | 17,000.00 | BW003599 |
| 02/15/2012 | Kings Road Entertainment | 10,000.00 | BW003599 |
| 02/16/2012 | Kings Road Entertainment | 7,500.00 | BW003599 |
| 03/03/2012 | Kings Road Entertainment | 10,000.00 | BW003599 |
| 03/15/2012 | Kings Road Entertainment, Inc. | 7,000.00 | BW003600 |
| 04/16/2012 | Kings Road Entertainment | 16,800.00 | BW003600 |
| 06/15/2012 | Kings Road Entertainment | 7,100.00 | BW003600 |
| 06/19/2012 | Kings Road Entertainment | 15,650.00 | BW003600 |
| 07/19/2012 | Kings Road Entertainment | 19,980.00 | BW003601 |
| 08/21/2012 | Kings Road Entertainment | 14,450.00 | BW003603 |
| 09/27/2012 | Kings Road Entertainment | 14,750.00 | BW003607 |
| | | | |
| 09/13/2012 | Blade Post | 16,500.00 | BW003605 |
| 09/21/2012 | Blade Post | 100,000.00 | BW003605 |
| | | | |
| 03/02/2009 | R.L. | 150,000.00 | BW003410 |

4

| | | | |
|---|---|---|---|
| 03/30/2009 | R.L. | 30,250.00 | BW003411 |
| 04/10/2009 | R.L. | 30,250.00 | BW003392 |
| | | | |
| 06/04/2008 | M&I Banking | 28,342.37 | BW003128 |
| 11/16/2009 | M&I Bank | 4,900.00 | BW003307 |
| | | | |
| 08/11/2010 | Chase Card Services | 10,000.00 | BW002163 |
| 09/08/2010 | Chase Card Services | 5,000.00 | BW002166 |
| | | | |
| 04/08/2010 | Private Client Group | 7,996.75 | BW002160 |
| 10/06/2010 | Private Client Group | 7,509.75 | BW002169 |
| 08/18/2011 | Private Client Group | 5,682.75 | BW002182 |
| 02/15/2012 | Private Client Group | 6,815.40 | BW002187 |
| | | | |
| 06/02/2007 | Malibu Rock Star | 15,454.85 | AX002851 |
| 06/04/2007 | Feldmar Watch Co 027 Los Angeles, CA | 6,375.93 | AX002851 |
| 06/14/2007 | Hatton Diamonds, London | 2,513.03 | AX002890 |
| 03/15/2008 | Ronald Abram Jewellers, Hong Kong | 18,400.82 | AX003004 |
| 03/15/2008 | Aberdeen Jewelry Factory LTD, Hong Kong | 373.52 | AX003004 |
| 03/20/2008 | Hai Zhong Jewellery, Guilin, China | 6,998.63 | AX003005 |
| 10/31/2008 | Bottoms Art Gallerie MonteCito CA | 3,159.76 | AX003100 |
| 06/10/2009 | Gallery 55 | 12,050.00 | AX003210 |
| 09/23/2011 | I Want That Bag Beverly Hills, CA | 2,610.00 | JP000130 |
| 12/20/2012 | Valentino #123, | 2,387.06 | AX004542 |
| 04/18/2013 | Titan Global | 18,813.89 | AX004583 |
| 12/12/2013 | Bulgari, Beverly Hills | 8,720.00 | BW003987 |