# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cr-00216-TCB-JFK
### USA v. Yedor et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 02/24/2015.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:30 A.M.       COURT REPORTER: Lori Burgess
TIME IN COURT: 00:25                   DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Paul Anderson Present at proceedings |
| ATTORNEY(S) PRESENT: | Glenn Baker representing USA<br>Warren Lietz representing Paul Anderson<br>Jamie Mickelson representing USA<br>Geoffrey Saltzstein representing Paul Anderson |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Oral motion by Dft to include medical records in the PSR. Court GRANTED. Oral motion by victim insurance company for financial documents and deposition transcripts of Mr. Anderson. Court GRANTED. |
| MINUTE TEXT: | Court heard from the Govt, Dft, and Federal Insurance Co.(victim). See Judgment in a Criminal Case for sentence. |
| HEARING STATUS: | Hearing Concluded |